**SENTINEL LAW GROUP**
4645 Cass St. Ste. 102b, San Diego, CA 92109
Tel: (858) 224-2585 | info@sentinellawsd.com

---

September 24, 2026

**VIA CM/ECF**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: Hermansone v. Mullin, et al., Civil Action No. 2:26-cv-11512-BRM**
**Notice of Voluntary Dismissal and Request to Cancel September 25 Conference**

Dear Judge Martinotti:

This firm represents Plaintiff Zanda Hermansone. On September 22, 2026, U.S. Citizenship and Immigration Services approved Plaintiff's Form I-485, the adjudication of which was the sole relief sought in this action. Plaintiff has today filed a Notice of Voluntary Dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not served an answer or a motion for summary judgment, so the dismissal is effective upon filing and requires no order of the Court.

Plaintiff's motion at ECF No. 5 is withdrawn as moot. Plaintiff respectfully requests that the status teleconference scheduled for September 25, 2026 at 1:00 p.m. be cancelled. Undersigned counsel has advised Assistant United States Attorney Alexander Judka of this filing, and Defendants do not object. We thank the Court for its prompt attention to this matter.

Respectfully submitted, *Igor Harris*

Igor Harris
(Admitted Pro Hac Vice)
Attorney for Plaintiff

SO ORDERED.

*Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: SEPT. 25, 2026

cc: Alexander Judka, AUSA (via CM/ECF)